UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALPIN HAUS SKI SHOP, INC., <br><br> Plaintiff, <br><br> -against- <br><br> BRP US INC., <br><br> Defendant. | **STIPULATION OF DISMISSAL** <br><br> Case No: 1:23-cv-00204(AMN/DJS) |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, the above entitled action be, and the same hereby is dismissed, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the clerk of the Court.

| | |
|---|---|
| DATED: June 2, 2023 | DATED: June 2, 2023 |
| O'CONNELL & ARONOWITZ, P.C. | BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP |
| By: _s/ Brian M. Culnan_ <br> Brian M. Culnan, Esq. | By: _s/ Brandon C. Prosansky_ <br> Brandon C. Prosansky, Esq. |
| *Attorneys for Plaintiff* <br> 54 State Street, 9th Floor <br> Albany, New York 12207 <br> bculnan@oalaw.com <br> (518) 462-5601 | *Attorneys for Defendant* <br> 200 W. Madison Street, Suite 3900 <br> Chicago, Illinois 60606 <br> Brandon.prosansky@bfkn.com <br> (312) 984-3100 |

IT IS SO ORDERED:

*/s/ Anne M. Nardacci*
Anne M. Nardacci
U.S. District Judge

Dated: June 5, 2023
Albany, NY